In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00442-CV

_____

IN RE JODIE STRAIN AND AMERITOX, LTD.

_____

Original Proceeding

_____

ORDER

Jodie Strain and Ameritox, Ltd. filed a petition for writ of mandamus seeking relief from discovery orders in Cause No. 12-02-02276 CV, *Strain v. Millennium Laboratories, Inc.* Relators seek a writ compelling the Honorable Cara Wood, Judge of the 284th District Court, to vacate orders that require relators to produce privilege logs and produce documents concerning costs of legal representation and payment of attorney's fees. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relators allege that prejudice will result if the discovery occurs before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the production of documents and privilege logs ordered by the trial court in orders signed on August 5, August 7, and September 17, 2013, in Cause No. 12-02-02276 CV is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

The response of the real party in interest, Millennium Laboratories, Inc., is due October 14, 2013, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED October 3, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.